**B.C. BARMANN, SR., COUNTY COUNSEL**
**COUNTY OF KERN, STATE OF CALIFORNIA**
**By Andrew C. Thomson, Deputy (Bar # 149057)**
**County Administrative Center**
**1115 Truxtun Avenue, Fourth Floor**
**Bakersfield, California  93301**
**Telephone:  (661) 868-3800**
**Facsimile:  (661) 868-3805**

**Attorney for Defendants,**
**County of Kern, Kern County Sheriff's**
**Department, Former Sheriff Mack Wimbish,**
**Detention Officer M. Adame,**
**Detention Officer T. Wright, and**
**Senior Detention Deputy D. Moore**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH A. BENSUSAN,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF KERN, KERN COUNTY SHERIFF'S DEPARTMENT, FORMER SHERIFF MACK WIMBISH, DETENTION OFFICER D. LINDINI, DETENTION OFFICER R. FOWLER, DETENTION OFFICER M. ADAME, DETENTION OFFICER T. WRIGHT, SENIOR DETENTION DEPUTY D. MOORE, and DOES 1 to 100, inclusive,<br><br>    Defendants. | CASE NO.  1:07-cv-00363 OWW TAG<br><br>**ORDER ON DEFENDANTS' FRCP 12(b)(6) MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

   Pursuant to FRCP 12(b)(6), Defendants County of Kern, Kern County Sheriff's Department, Former Sheriff Mack Wimbish, Detention Officer M. Adame, Detention Officer T. Wright and Senior Detention Deputy D. Moore (hereinafter collectively "County Defendants"), filed a Motion to Dismiss the Complaint of Joseph A. Bensusan ("Plaintiff"). The Motion was joined by Defendants D. Lindini and R. Fowler.

   The Motion to Dismiss came on for regularly for hearing on April 30, 2007 before the Honorable Oliver W. Wanger, Judge of the United States District Court in and for the

Eastern District of California.  The County Defendants were represented by Andrew C. Thomson, Deputy County Counsel for the County of Kern.  Defendants D. Lindini and R. Fowler were represented by Michael C. Kellar, Robinson & Kellar.  Plaintiff, Joseph A. Bensusan, was represented by Marshall Scott Fontes, Rodriguez and Associates.

During the hearing the parties stipulated, as follows:

1. Plaintiff, Joseph A. Bensusan will amend the complaint within thirty (30) days of the hearing;
2. Defendants jointly withdraw the Motion to Dismiss.

## ORDER

IT IS SO ORDERED.

**Dated:   May 8, 2007**              /s/ Oliver W. Wanger
                                     UNITED STATES DISTRICT JUDGE