**B.C. BARMANN, SR., COUNTY COUNSEL**
**COUNTY OF KERN, STATE OF CALIFORNIA**
**By Andrew C. Thomson, Deputy (Bar # 149057)**
**County Administrative Center**
**1115 Truxtun Avenue, Fourth Floor**
**Bakersfield, California  93301**
**Telephone:  (661) 868-3800**
**Facsimile:  (661) 868-3805**

**Attorney for Defendants,**
**County of Kern, Kern County Sheriff's**
**Department, Former Sheriff Mack Wimbish,**
**Detention Officer M. Adame,**
**Detention Officer T. Wright, and**
**Senior Detention Deputy D. Moore**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH A. BENSUSAN,<br><br>            Plaintiff,<br><br>    v.<br><br>COUNTY OF KERN, KERN COUNTY SHERIFF'S DEPARTMENT, FORMER SHERIFF MACK WIMBISH, DETENTION OFFICER D. LINDINI, DETENTION OFFICER R. FOWLER, DETENTION OFFICER M. ADAME, DETENTION OFFICER T. WRIGHT, SENIOR DETENTION DEPUTY D. MOORE, and DOES 1 to 100, inclusive,<br><br>            Defendants. | **CASE NO.  1:07-cv-00363 OWW TAG**<br><br>**STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE**<br><br><br>Date:          July 5, 2007<br>Time:         8:45 a.m.<br>Courtroom:  3<br><br>New Date:  September 7, 2007<br>New Time:  8:45 a.m.<br>Courtroom:  3 |

Counsel for all parties, Scott Fontes, Rodriguez and Associates for plaintiffs, Andrew C. Thomson, Deputy County Counsel, for defendants County of Kern, Kern County Sheriff's Department, Former Sheriff Mack Wimbish, Detention Officer M. Adame, Detention Officer T. Wright, and Senior Detention Deputy D. Moore, and Oliver U. Robinson, Robinson and Kellar, for defendants D. Lindini and R. Flower hereby stipulate that the Court may enter an order continuing the Mandatory Scheduling Conference presently scheduled for July 5, 2007 to September 7, 2007 at 8:45 a.m. in Courtroom 3, for the convenience of the Court and the

1

parties and further because the matter is not yet at issue. The parties believe that it will be beneficial to all parties and to the Court to continue the scheduling conference.

Dated: June 19, 2007          B. C. BARMANN, SR., COUNTY COUNSEL

By  / s / Andrew C. Thomson
Andrew C. Thomson,
Attorneys for Defendants County of Kern, Kern County Sheriff's Department, Former Sheriff Mack Wimbish, Detention Officer M. Adame, Detention Officer T. Wright, and Senior Detention Deputy D. Moore

Dated June 19, 2007          ROBINSON & KELLAR

By:  / s / Oliver U. Robinson
Oliver U. Robinson,
Attorneys for Defendants D. Lindini and R. Fowler

Dated: June 19, 2007          RODRIGUEZ & ASSOCIATES

By:  / s / M. Scott Fontes
M. Scott Fontes,
Attorneys for Plaintiff Joseph A. Bensusan

## **ORDER**

The Court having read the foregoing Stipulation and good cause appearing therefore, IT IS HEREBY ORDERED that the Mandatory Scheduling Conference in this matter currently scheduled for July 5, 2007, is hereby continued until September 7, 2007, at 8:45 a.m. in Courtroom 3.

#07cv363.stip.cont.wpd IT IS SO ORDERED.

**Dated:   June 20, 2007**          /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

Stipulation to Continue Mandatory Scheduling Conference