UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH A. BENSUSAN,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF KERN, et al.,<br><br>        Defendants. | CASE NO. 1:07-cv–000363 OWW TAG<br><br>ORDER GRANTING REQUEST TO CONTINUE SETTLEMENT CONFERENCE<br><br>(Doc. 35) |

On June 20, 2008, the parties filed a stipulation to continue the settlement conference. (Doc. 35). As good cause for the continuance, the parties represent that: 1) two of the defendants in the instant action are also defendants in an unrelated civil action; 2) the parties have agreed not to depose those two defendants in the unrelated civil action until a criminal trial involving them is completed; and 3) the parties have agreed to continue the depositions of the same two defendants in the instant action "due to the exploratory nature of discovery in civil rights litigation" and "in order to meet and confer regarding the underlying discovery issues, and to attempt to amicably resolve the issues without the need for court intervention." (Doc. 35, p. 2).

The stipulation also alludes to the possibility of extending discovery deadlines, i.e., it alleges that "good cause exists for the continuance [of the settlement conference] in order to allow the parties to meet and confer and resolve the discovery disputes and then, if allowable, to schedule the depositions . . . and properly prepare for the scheduled Settlement Conference." The non-expert discovery deadline is July 7, 2008, and the expert discovery deadline is August 15, 2008. (Doc. 32, p. 19). Any request to extend the discovery deadlines in this action must be addressed to United States District Judge Oliver W. Wanger.

The only issue before the Court is whether to continue the settlement conference.  It appearing that the parties will not be able to participate in meaningful settlement discussions on July 10, 2008, the Court finds that good cause exists to grant the request to continue the settlement conference.  Accordingly, the Court make the following orders:

1. The settlement conference currently set for July 10, 2008 is continued to Thursday, September 11, 2008 at 10:00 a.m. before United States Magistrate Judge Theresa A. Goldner, at 1200 Truxtun Avenue, Suite 120, Bakersfield, California, 93301;

2. No later than Friday, September 5, 2008, the parties shall submit confidential settlement conference statements to Judge Goldner at the above address or to tagorders@caed.uscourts.gov.  The settlement conference statements shall comply with the scheduling order; and

3. Other than to continue the date of the scheduling conference, this order shall have no effect on scheduling order.

IT IS SO ORDERED.

Dated:   **June 20, 2008**                                    /s/ Theresa A. Goldner
                                                              UNITED STATES MAGISTRATE JUDGE