B.C. BARMANN, SR., COUNTY COUNSEL
COUNTY OF KERN, STATE OF CALIFORNIA
By Andrew C. Thomson, Deputy (Bar # 149057)
County Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, California  93301
Telephone:  (661) 868-3800
Facsimile:  (661) 868-3805

Attorney for Defendants,
County of Kern, Kern County Sheriff's
Department, Former Sheriff Mack Wimbish,
Detention Officer M. Adame,
Detention Officer T. Wright, and
Senior Detention Deputy D. Moore

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH A. BENSUSAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF KERN, KERN COUNTY SHERIFF'S DEPARTMENT, FORMER SHERIFF MACK WIMBISH, DETENTION OFFICER D. LINDINI, DETENTION OFFICER R. FOWLER, DETENTION OFFICER M. ADAME, DETENTION OFFICER T. WRIGHT, SENIOR DETENTION DEPUTY D. MOORE, and DOES 1 to 100, inclusive,<br><br>　　　　　Defendants. | CASE NO.  1:07-cv-00363 OWW TAG<br><br>**PROTECTIVE ORDER REGARDING PEACE OFFICER PERSONNEL RECORDS PURSUANT TO STIPULATION OF THE PARTIES** |

The parties having stipulated thereto and good cause appearing therefor, IT IS HEREBY ORDERED:

1. All documents produced by the County of Kern in response to Plaintiff Joseph A. Bensusan's propounded discovery which qualify as peace officer personnel records under California Penal Code §§ 832.7 and 832.8, including but not limited to internal affairs reports, interviews, investigative reports, statements, employment evaluations, or other information from an officer's personnel file pertaining  to allegations of excessive force,

infliction of bodily injury, physical altercations or hostility, shall be subject to the following orders:

    a)     The records shall not be copied or disseminated outside of any attorney's office except for review by retained experts or a party to this action.

    b)     The only persons who shall be authorized to view the records will be the involved attorneys, the attorneys' office staff, retained experts and/or parties to this action.

    c)     The contents of the records shall not be discussed with or desiminated to, either verbally or in any written form, any person that is not one of the involved attorneys, the attorneys' office staff, retained experts and/or parties to this action.

    d)     The records shall not be provided to the news media directly or indirectly in any form.

    e)     The records shall only be utilized in connection with this litigation and for no other purpose;

    f)     At the conclusion of the litigation, all peace officer personnel records produced and any copies thereof, including exhibits to depositions, shall be returned to the offices of Kern County Counsel.

    2.     All personal information incorporated in the personnel records, including but not limited to home addresses, phone numbers, birth dates and relatives names, may be redacted. If the redacted portion is subsequently determined by this court or by stipulation to be relevant, the non-redacted relevant material will be produced.

    3.     No counsel shall file with this or any other court any of the produced peace officer personnel record, either as an exhibit to a motion or otherwise, unless the subject court has issued an order sealing such record.

    4.     Any person or persons violating this order shall be subject to sanctions and costs of motion.

IT IS SO ORDERED.

DATED: July 24, 2008                      /s/ OLIVER W. WANGER
                                                  UNITED STATES DISTRICT JUDGE

**PROTECTIVE ORDER REGARDING PEACE OFFICER PERSONNEL RECORDS**