1  **B.C. BARMANN, SR., COUNTY COUNSEL**
   **COUNTY OF KERN, STATE OF CALIFORNIA**
2  **By Andrew C. Thomson, Deputy (Bar # 149057)**
   **County Administrative Center**
3  **1115 Truxtun Avenue, Fourth Floor**
   **Bakersfield, California  93301**
4  **Telephone:  (661) 868-3800**
   **Facsimile:  (661) 868-3805**
5
   **Attorney for Defendants,**
6  **County of Kern, Kern County Sheriff's**
   **Department, Former Sheriff Mack Wimbish,**
7  **Detention Officer M. Adame,**
   **Detention Officer T. Wright, and**
8  **Senior Detention Deputy D. Moore**

9

10                    **UNITED STATES DISTRICT COURT**

11                    **EASTERN DISTRICT OF CALIFORNIA**

12

| | |
|---|---|
| JOSEPH A. BENSUSAN, | **CASE NO.  1:07-cv-00363 OWW TAG** |
| Plaintiff, | **STIPULATION TO CONTINUE TRIAL AND RELATED DATES; ORDER; DECLARATION OF OLIVER U. ROBINSON; DECLARATION OF M. SCOTT FONTES** |
| v. | |
| COUNTY OF KERN, KERN COUNTY SHERIFF'S DEPARTMENT, FORMER SHERIFF MACK WIMBISH, DETENTION OFFICER D. LINDINI, DETENTION OFFICER R. FOWLER, DETENTION OFFICER M. ADAME, DETENTION OFFICER T. WRIGHT, SENIOR DETENTION DEPUTY D. MOORE, and DOES 1 to 100, inclusive, | Trial:        February 10, 2009<br>Time:        9 a.m.<br>Ctrm:       3<br><br>New Trial:  September 9, 2009<br>New Time:  9 a.m.<br>Ctrm:       3 |
| Defendants. | |

22      COME NOW, the parties to this litigation, by and through their respective attorneys

23  of record, and hereby stipulate and agree to continue the present trial date of February 10,

24  2009 to September 8, 2009, and to continue the related dates as set during the Scheduling

25  Conference.  The parties respectfully request that the Court execute an Order for the same.

26      As set forth below and in the Declarations of Oliver U. Robinson and M. Scott Fontes

27  which are attached hereto, good cause exists for the requested continuance as a result of

28  the following:

                                            1

_____
                    **Stipulation to Continue Trial and Related Dates**

1    Defendants Daniel Lindini and Roxanne Fowler are defendants in an unrelated civil

2  matter, entitled Moore v. County of Kern et.al., USDC Eastern District Case No.1:05-CV-

3  01115 AWI SMS (Consolidated with Case No. 1:06-CV-00120 AWI SMS).  In addition,

4  Defendants Lindini and Fowler are also defendants in a pending criminal trial regarding the

5  incident which is the subject of the Moore civil litigation.

6    Counsel for plaintiff Bensusan is also counsel for a plaintiff in the Moore litigation.

7  In addition, the counsel for Lindini and Fowler in the Bensusan litigation also represents

8  other parties in the Moore civil litigation, however Lindini and Fowler are represented by

9  other counsel.   The attorney-client relationships are further complicated by separate

10  attorneys representing Fowler and Lindini in the pending Moore-related criminal action.

11    In the Moore civil litigation, with the concurrence of Judge Anthony Ishi of the Eastern

12  District Federal Court, all of the parties in the civil matter have agreed not to depose Fowler

13  and/or Lindini prior to the completion of the criminal action, and the trial related dates have

14  been continued by stipulation and agreement of the Court.

15    The criminal action associated with the Moore case is presently scheduled for trial on

16  August 11, 2008 but a continuance is expected since the attorney representing Lindini,

17  Michael Delistrito, has recently been appointed as a Kern County Superior Court Judge.

18    As a result of the intertwined relationships between counsel and clients in these two

19  cases, and due to the exploratory nature of discovery in civil rights litigation, the attorneys

20  in the Bensusan litigation have met and conferred and respectfully request that the Court

21  continue the trial, and related dates, in order to allow the parties to continue the depositions

22  of Fowler and Lindini.  Continuing the depositions of Fowler and Lindini will protect their

23  rights, and allow Fowler and Lindini to have fair trials in the criminal matter and both civil

24  matters.  As such, through their respective counsel, all parties to this matter, stipulate to

25  continue the trial, and associated dates.

26    IT IS HEREBY STIPULATED that the trial date in this matter be continued for 210

27  days from February 10, 2009 to September 8, 2009, or an alternative date convenient with

28  the court.

2

_____

1    IT IS FURTHER STIPULATED that the expert and non expert discovery cut-off dates,

2  pre-trial conference, dispositive and non dispositive pre-trial motion filing and hearing dates,

3  be continued to reflect the continuance of the trial date as follows:

4
<u>Proposed Date</u>                                                                                  <u>Present Date</u>

5  Sept. 9, 2009        Trial                                                        Feb.  10, 2009

6  July  6, 2009        Pre-Trial Conference                                         Dec.  1, 2008

7  April 9, 2009        Settlement Conference[1]                                      Sept. 11, 2008

8  May 18, 2009         Hearing Dispositive Pre-Trial Motions                        Oct.  20, 2008

9  April 16, 2009       Filing Dispositive Pre-Trial Motions                         Sept. 18, 2008

   May   8, 2009        Hearing Non-Dispositive Pre-Trial Motions                    Oct.  10, 2008

10 April  3, 2009       Filing Non Dispositive Pre-Trial Motions                     Sept.  5, 2008

11 Mar. 20, 2009        Expert Discovery Cut-Off                                     Aug.  18, 2008

12 Feb. 27, 2009        Supplemental Expert Disclosure                               July  28, 2008

13 Feb.  2, 2009        Expert Disclosure                                            July   7, 2008

14 Feb.  2, 2009        Discovery Cut-Off Non Expert                                 July   7, 2008

15    IT IS FURTHER STIPULATED that this stipulation may be signed in counterparts.

16
   Dated: July 7, 2008                          B. C. BARMANN, SR., COUNTY COUNSEL
17

18

19                                              By  /s/ Andrew C. Thomson
                                                    Andrew C. Thomson,
20                                                  Attorneys for Defendants County of Kern,
                                                    Kern County Sheriff's Department, Former
21                                                  Sheriff Mack Wimbish, Detention Officer M.
                                                    Adame, Detention Officer T. Wright, and
22                                                  Senior Detention Deputy D. Moore

23

24

25

26
   ───────────────────
27 [1]  The original Settlement Conference date, as listed in the Scheduling Conference Order (Docket
   Document # 32), was July 10, 2008 but was amended through a stipulation of the parties (Docket
   Document # 35) to September 11, 2008 as set forth in Magistrate Judge Theresa Goldner's Order (Docket
28 Document # 36).

───────────────────────────────────────────────────────────────
**Stipulation to Continue Trial and Related Dates**

1    Dated July 3, 2008        ROBINSON & KELLAR

2

3                      By:   /s/ Oliver U. Robinson

                               Oliver U. Robinson,

4                                Attorneys for Defendants Detention Officer

                               D. Lindini and Detention Officer R. Fowler

5

6

7    Dated: July 2, 2008        RODRIGUEZ & ASSOCIATES

8

9                      By:   /s/ M. Scott Fonres

                               M. Scott Fontes,

10                                Attorneys for Plaintiff Joseph A. Bensusan

11

## ORDER

12

      For good cause shown:

13

      IT IS HEREBY ORDERED that the scheduled dates in this matter be continued as

14

follows: Trial - Sept. 9, 2009; Pre-Trial Conference - July 6, 2009; Settlement Conference -

15

April 9, 2009; Hearing Dispositive Pre-Trial Motions - May 18, 2009; Filing Dispositive Pre-

16

Trial Motions - April 16, 2009; Hearing Non-Dispositive Pre-Trial Motions - May 8, 2009;

17

Filing Non-Dispositive Pre-Trial Motions - April 3, 2009; Expert Discovery Cut-Off - Mar. 20,

18

2009; Supplemental Expert Disclosure - Feb. 27, 2009; Expert Disclosure - Feb. 2, 2009;

19

Discovery Cut-Off Non Expert - Feb. 2, 2009.

20

21

22

Dated: July 22, 2008

23

                            /s/ OLIVER W. WANGER

24                             HONORABLE OLIVER W. WANGER

                            U.S. DISTRICT JUDGE

25

26    #07cv363.stip.cont.trial.wpd

27

28

1 | **DECLARATION OF OLIVER U. ROBINSON**

2 | **IN SUPPORT OF STIPULATION TO CONTINUE TRIAL AND RELATED DATES**

3 | I, Oliver U. Robinson declare, as follows:

4 | 1.      I am an attorney at law duly licensed to practice in the United States District Court in

5 | and for the Eastern District of California.  I am a partner with the Law Offices of Robinson

6 | & Kellar.

7 | 2.      In civil litigation entitled Bensusan v. County of Kern et. al. Case No. 1:07-cv-00363

8 | OWW TAG, I represent Defendants Daniel Lindini (hereinafter "Lindini") and Roxanne

9 | Fowler (hereinafter "Fowler").

10 | 3.      In civil litigation entitled Moore v. County of Kern et. al. Case No. CV-F-05-01115 AWI

11 | TAG, I represent Defendants Shannon Haiungs, Larry Johnson and Julian Trevino.  In the

12 | Moore civil litigation, Lindini is represented by Larry A. Katz of the California Organization

13 | of Police & Sheriffs, and Fowler is represented by William A. Bruce, of Klein, Denatale,

14 | Goldner, Cooper.

15 | 4.      In criminal litigation involving the Moore incident, I am informed and believe that the

16 | matter is presently scheduled for criminal trial on August 11, 2008 but a continuance is

17 | expected since the attorney representing Lindini, Michael Delistrito, has recently been

18 | appointed as a Kern County Superior Court Judge.

19 | 5.      In the Bensusan civil litigation, I have been informed by Lindini and Fowler that they

20 | will not submit to a deposition until after completion of the civil trial in order to preserve their

21 | 5th Amendment right to prevent self-incrimination.

22 | 6.      As a result of my involvement in the Moore civil litigation, I am aware that all of the

23 | parties in the civil matter have agreed not to depose Fowler and/or Lindini prior to the

24 | completion of the criminal action and, pursuant to a stipulation, Judge Anthony W. Ishi

25 | continued the trial and related dates.

26 | 7.      I am informed and believe that this continuance is necessary to protect the rights of

27 | Fowler and Lindini and allow them to have a fair trial in the criminal matter.

28 | ///

1

_____

Declaration in Support of Stipulation to Continue Trial and Related Dates

1  8.      I am informed and believe that, during the pendency of this litigation, all counsel have

2  worked together in a spirit of collegiality and good-will in an effort to further this matter in a

3  civilized fashion while aggressively representing their respective clients.

4  9.      As a result of counsels' desire to maintain civility in this matter, counsel have met and

5  conferred and agreed to attempt, with the Court's assistance, to accommodate the requests

6  of Lindini and Fowler and continue their depositions until after the completion of the criminal

7  matter.  I am informed and believe that the present case scheduling would require the

8  depositions of Fowler and Lindini prior to the completion of the criminal matter or

9  alternatively would result in Plaintiff proceeding to trial without having had the opportunity

10  to depose Lindini and Fowler.

11  10.     Based upon the foregoing, I believe that good cause exists to continue the current

12  trial and related dates.

13          The matters stated herein are true of my own knowledge, except as to those matters

14  which are stated upon information and belief and, as to those matters, I believe them to be

15  true.

16          I declare under penalty of perjury under the laws of the state of California that the

17  foregoing is true and correct, and if called upon, could and would testify competently thereto.

18          Executed in Bakersfield, California, on this 3rd day of July 2008.

19

20                                        /s/ Oliver U. Robinson
                                          Oliver U. Robinson, Esq., Declarant
21

22  #07cv363.stip.cont.trial.wpd

23

24

25

26

27

28

2

1

**DECLARATION OF M. SCOTT FONTES**

2

**IN SUPPORT OF STIPULATION TO CONTINUE TRIAL AND RELATED DATES**

3

I, M. Scott Fontes declare, as follows:

4

1.       I am an attorney at law duly licensed to practice in the United States District Court in

5

and for the Eastern District of California.  I am an attorney with Rodriguez & Associates.

6

2.       In civil litigation entitled Bensusan v. County of Kern et. al. Case No. 1:07-cv-00363

7

OWW TAG, I represent Plaintiff Joseph A. Bensusan (hereinafter "Bensusan").

8

3.       In civil litigation entitled Moore v. County of Kern et. al. Case No. CV-F-05-01115 AWI

9

TAG, Daniel Rodriguez and I represent Plaintiff Bryce J. Moore, by and Through His

10

Guardian Ad Litem, Michelle Tripp.

11

4.       In the Moore civil litigation, Daniel Lindini is represented by Larry A. Katz of the

12

California Organization of Police & Sheriffs, and Roxanne Fowler is represented by William

13

A. Bruce, of Klein, Denatale, Goldner, Cooper.

14

5.       In criminal litigation involving the Moore incident, I am informed and believe that the

15

matter is presently scheduled for trial on August 11, 2008 but a continuance is expected

16

since the attorney representing Lindini, Michael Delistritto, has recently been appointed as

17

a Kern County Superior Court Judge.

18

5.       In the Bensusan civil litigation, I have been informed by counsel for Lindini and Fowler

19

that they will not submit to a deposition until after completion of the civil trial in order to

20

preserve their 5th Amendment right to prevent self-incrimination.

21

6.       As a result of my involvement in the Moore civil litigation, I am aware that all of the

22

parties in the civil matter have agreed not to depose Fowler and/or Lindini prior to the

23

completion of the criminal action and, pursuant to a stipulation, Judge Anthony W. Ishii

24

continued the trial and related dates.

25

7.       I am informed and believe that the present case scheduling would require the

26

depositions of Fowler and Lindini prior to the completion of the criminal matter or

27

alternatively would result in Plaintiff proceeding to trial without having had the opportunity

28

to depose Lindini and Fowler.  I therefore believe that this continuance is necessary to allow

1

_____
Declaration in Support of Stipulation to Continue Trial and Related Dates

1 for the depositions of Lindini and Fowler in the Bensusan civil litigation.

2 8.      I am informed and believe that, during the pendency of this litigation, all counsel have

3 worked together in a spirit of collegiality and good-will in an effort to further this matter in a

4 civilized fashion while aggressively representing their respective clients.

5 9.      As a result of counsels' desire to maintain civility in this matter, counsel have met and

6 conferred and agreed to attempt, with the Court's assistance, to accommodate the requests

7 of Lindini and Fowler and continue their depositions until after the completion of the criminal

8 matter.

9 10.     Based upon the foregoing, I believe that good cause exists to continue the current

10 trial and related dates.

11      The matters stated herein are true of my own knowledge, except as to those matters

12 which are stated upon information and belief and, as to those matters, I believe them to be

13 true.

14      I declare under penalty of perjury under the laws of the state of California that the

15 foregoing is true and correct, and if called upon, could and would testify competently thereto.

16      Executed in Bakersfield, California, on this 2nd day of July 2008.

17

18

19                          /s/ M. Scott Fontes

20                          M. Scott Fontes, Esq., Declarant

21

22

23 #07cv363.stip.cont.trial.wpd

24

25

26

27

28

2