# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH A. BENSUSAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF KERN, et al.,<br><br>　　　　　Defendants. | 1:07-cv-00363 OWW TAG<br><br>ORDER OF RECUSAL;<br>ORDER DIRECTING REASSIGNMENT |

On the basis of good cause, the undersigned Magistrate Judge recuses herself from this action and directs the Clerk of Court to reassign another Magistrate Judge to this action and make appropriate adjustments, if any, in the assignments of cases to compensate for such reassignment.

IT IS SO ORDERED.

Dated:  **February 15, 2009**　　　　　　　　　　　　　　　　　**/s/ Theresa A. Goldner**
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE