**OFFICE OF KERN COUNTY COUNSEL**
**COUNTY OF KERN, STATE OF CALIFORNIA**
By Andrew C. Thomson, Deputy (Bar # 149057)
County Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, California  93301
Telephone:  (661) 868-3800
Facsimile:  (661) 868-3805

Attorney for Defendants,
County of Kern, Kern County Sheriff's
Department, Former Sheriff Mack Wimbish,
Detention Officer M. Adame,
Detention Officer T. Wright, and
Senior Detention Deputy D. Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSEPH A. BENSUSAN,**<br><br>         Plaintiff,<br><br>    v.<br><br>**COUNTY OF KERN, KERN COUNTY SHERIFF'S DEPARTMENT, FORMER SHERIFF MACK WIMBISH, DETENTION OFFICER D. LINDINI, DETENTION OFFICER R. FOWLER, DETENTION OFFICER M. ADAME, DETENTION OFFICER T. WRIGHT, SENIOR DETENTION DEPUTY D. MOORE, and DOES 1 to 100, inclusive,**<br><br>         **Defendants.** | **CASE NO.  1:07-cv-00363 OWW**<br><br>**STIPULATION FOR DISMISSAL; ORDER** |

**IT IS HEREBY STIPULATED**, by and between the respective parties, M. Scott Fontes, Esq., on behalf of Plaintiff, Joseph A. Bensusan, Andrew C. Thomson, Deputy County Counsel, on behalf of Defendants, County of Kern, Kern County Sheriff's Department, Sheriff Mack Wimbish, M. Adame, T. Wright, and D. Moore, and Oliver U. Robinson, Esq. on behalf of Defendants, D. Lindini and R. Fowler, that the above-captioned action be, and hereby is, dismissed with prejudice, as to Defendants, County of Kern, Kern

1 County Sheriff's Department, Sheriff Mack Wimbish, M. Adame, T. Wright, D. Moore, D.
2 Lindini and R. Fowler pursuant to Federal Rules of Civil Procedure 41(a)(1)and (2).
3     **IT IS FURTHER STIPULATED** that this Stipulation may be signed in counter-parts.

4 Dated: January 7, 2010      RODRIGUEZ & ASSOCIATES

6      By: /s/ M. Scott Fontes
7            M. Scott Fontes, Esq.
           Attorneys for Plaintiff, Joseph A. Bensusan

9 Dated: January 11, 2010      OFFICE OF KERN COUNTY COUNSEL

10      By /s/ Andrew C. Thomson
11            Andrew C. Thomson,
           Attorneys for Defendants County of Kern,
           Kern County Sheriff's Department,
12            Sheriff Mack Wimbish, M. Adame,
13            T. Wright, and D. Moore

15 Dated January 6, 2010      ROBINSON & KELLAR

17      By: /s/ Oliver U. Robinson
           Oliver U. Robinson,
18            Attorneys for Defendants D. Lindini and
           R. Fowler

21 IT IS SO ORDERED.

22 **Dated: January 11, 2010**      **/s/ Oliver W. Wanger**
23            UNITED STATES DISTRICT JUDGE

**Stipulation of Dismissal; Order**